AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 25-SC-1042 | Date and time warrant executed: 6/24/25  8:45p | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |

Inventory of the property taken and name(s) of any person(s) seized:

all associated documents w/user "Fart on me", user ID 587899700; email zach.brandner@dexian.com

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/9/25

_Kathleen Cal_____
Executing officer's signature

_Kathleen Callaway_____
Printed name and title